**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF KENTUCKY**
**COVINGTON DIVISION**

| | | |
|---|---|---|
| **KIMBERLY S. RORICK** | : | **PLAINTIFF** |
| **530 Washington Avenue** | | |
| **Newport, Kentucky 41071** | : | |
| | | |
| **vs.** | : | |
| | | |
| **MARC H. SILVERMAN, D.D.S.** | : | **DEFENDANTS** |
| **4464 Carver Woods Drive** | | |
| **Cincinnati, Ohio 45242** | : | |
| | | |
| **SILVERMAN DENTAL, LLC** | : | |
| **Serve: Statutory Agent** | | |
| **Stuart Silverman** | : | |
| **4464 Carver Woods Drive** | | |
| **Cincinnati, Ohio 45242** | : | |

---

**COMPLAINT WITH JURY DEMAND ENDORSED HEREON**

---

Now comes the Plaintiff, Kimberly S. Rorick, by and through counsel, and for her causes of action against Defendants Marc Silverman, D.D.S. and Silverman Dental, LLC states as follows:

## PARTIES

1. Plaintiff Kimberly S. Rorick (hereinafter "Plaintiff") is a citizen of the Commonwealth of Kentucky who resides at 530 Washington Avenue, Newport, Kentucky 41071.

2. Defendant Marc H. Silverman, D.D.S. is a resident of the State of Ohio who practices dentistry at 4464 Carver Woods Drive, Cincinnati, Ohio 45242.

3.      Defendant Silverman Dental, LLC is a corporation registered in the State of Ohio whose principal place of business is 4464 Carver Woods Drive, Cincinnati, Ohio 45242.

## JURISDICTION

4.      This Court has subject matter jurisdiction and personal jurisdiction over this action.  The Court has original subject matter jurisdiction over Plaintiffs' claims pursuant to 28 U.S.C. Section 1332 because this action arises between citizens of different states and involves an amount in controversy in excess of $75,000.00. Jurisdiction over the state law claims is invoked under 28 U.S.C. Section 1367.

5.      Venue is proper in this district pursuant to 28 U.S.C. Section 1391 since a substantial amount of the pain and suffering which Plaintiff endured as a result of Defendants' dental work, and which gave rise to Plaintiff's claims, occurred in this district.

## BACKGROUND

6.      In 2001, Plaintiff went to Defendant Marc Silverman, D.D.S. (hereinafter "Silverman") of Defendant Silverman Dental, LLC for dental care.

7.      Defendant Silverman performed four root canal procedures, as well as other dental work, during the time period of approximately 2001 through 2005.

8.      After the root canals were completed, Plaintiff began to experience headaches. Plaintiff also experienced tooth decay and infections with these same teeth, and eventually lost two of these teeth.

9.      On November 20, 2012, Plaintiff sought dental care from Dr. Donald Kelley an Endodontist in Lexington, Kentucky. During this appointment Plaintiff learned for the first time that Plaintiff's tooth decay, infections, and loss of her two teeth, stemmed from Defendant Silverman's negligent performance of four root canal procedures. Specifically, Defendant

Silverman had not completed the root canal procedures completely or correctly and had left a piece of a file in one of her teeth while performing the root canals.

10.     After Plaintiff received treatment on November 20, 2012, Plaintiff also no longer suffered from headaches that she had had for approximately the past eleven years following her root canal work by Defendant Silverman.

## JOINT AND SEVERAL LIABILITY

11.     Plaintiff is entitled to recover damages from Defendants jointly and each of them based on the theories of liability, and under such other theories of liability as may be appropriate based upon the facts as alleged herein or as revealed during discovery.

## FIRST CAUSE OF ACTION
### (DENTAL MALPRACTICE)
### (DEFENDANTS)

12.     Plaintiff hereby incorporates by reference the allegations contained in paragraphs one through eleven of this Complaint as if fully incorporated herein.

13.     Defendant Silverman had a duty to Plaintiff to use the due care in performing the four root canal procedures and other dental services for Plaintiff.

14.     Defendant Silverman breached such duty by either failing to properly perform or inspect Plaintiff's teeth after the root canal procedures were complete such that he left a foreign object in Plaintiff's tooth after completing the root canals and/or other dental services.

15.     The foregoing acts and omissions of Defendant Silverman were acts and omissions constituting conduct below the standards of the dental profession in Defendant Silverman's community and individually and/or collectively caused Plaintiff's injuries.

16.     As a direct and proximate result of Defendant Silverman's conduct alleged herein, Plaintiff has been damaged in an amount in excess of $75,000 to be proven at the trial of this matter.

### SECOND CAUSE OF ACTION
### (NEGLIGENCE)
### (DEFENDANTS)

17.     Plaintiff hereby incorporates by reference the allegations contained in paragraphs one through sixteen of this Complaint as if fully incorporated herein.

18.     Defendant Silverman owed a duty of care to patients under his care and control.

19.     Defendant Silverman had a duty of care to patients, like Plaintiff, under his care and control.

20.     Defendant Silverman breached such duty when he failed to perform according to the accepted standards for dentists performing root canals and other dental services.

21.     Defendant Silverman's breach of duty was the cause in fact of Plaintiff's injuries including, but not limited to, headaches, tooth decay, infections, and loss of two teeth.

22.     As a proximate result of Defendant Silverman's conduct alleged herein, Plaintiff has been damaged in an amount in excess of $75,000 to be proven at the trial of this matter.

### THIRD CAUSE OF ACTION
### (SPOLIATION OF EVIDENCE)
### (DEFENDANTS)

23.     Plaintiff hereby incorporates by reference the allegations contained in paragraphs one through twenty-two of this Complaint as if fully incorporated herein.

24.     Upon learning of the negligent dental work that had been performed in relation to Plaintiff's root canals and/or other dental services, Plaintiff requested copies of her dental records and x-rays and was informed that Defendants no longer had all of her dental records.

4

25.     Defendants knew that litigation was probable given his negligent dental work.

26.     Defendants intentionally or negligently destroyed some of Plaintiff's dental records with the intent of disrupting her case.

27.     Defendants have disrupted Plaintiff's case by destroying some of Plaintiff's dental records, x-rays and evidence of Defendant's negligent performance of the root canal procedures and/or other dental work.

28.     As a direct and proximate result of Defendants' spoliation of Plaintiff's dental records, Plaintiff has been damaged as set forth above and in an amount to be determined at the trial of this matter.


**WHEREFORE**, Plaintiff Kimberly S. Rorick demands judgment against the Defendants Marc Silverman, D.D.S. and Silverman Dental, LLC, jointly and severally, as follows:

1)      For compensatory damages in an amount in excess of seventy-five thousand and no/100 ($75,000.00) dollars;

2)      Treble damages pursuant to law, in an amount to be determined at trial;

3)      Reasonable attorney's fees, in an amount to be determined by the Court;

4)      Prejudgment and post-judgment interest;

5)      Punitive damages in the amount to be determined at trial;

6)      Costs of this action; and

7)      Any and all further relief which the Court deems reasonable and proper.

Respectfully Submitted,


   /s/ Peter Canavan Newberry
Peter Canavan Newberry, #86794
*Attorney for Plaintiff*

5

1217 Criswell Road
Berry, Kentucky 41003
Phone:  (513) 608-4312
E-Mail:  peter.newberry@fuse.net

## JURY DEMAND

Plaintiff hereby demands a trial by jury on all issues herein.

    /s/ Peter Canavan Newberry
Peter Canavan Newberry, #86794