IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION AT COVINGTON

CIVIL ACTION NO. 2:13-cv-205 (WOB-JGW)

KIMBERLY S. RORICK                                          PLAINTIFF

VS.
MARC H. SILVERMAN, D.D.S., ET AL.                          DEFENDANTS

and

CIVIL ACTION NO. 2:13-cv-216 (WOB-CJS)

PETER CANAVAN NEWBERRY                                      PLAINTIFF

VS.                            **ORDER**

MARC H. SILVERMAN, D.D.S., ET AL.                          DEFENDANTS

These matters are before the Court on defendants' motions to dismiss for lack of personal jurisdiction. (Doc. 5 in 13-216, Doc. 9 in 13-205).

The Court heard oral argument on these motions on Wednesday, April 9, 2014. Peter Newberry represented the plaintiffs, and Danny Newman represented the defendants. Official court reporter Joan Averdick recorded the proceedings.

For the reasons stated on the record, the Court has grave doubt that defendants are subject to personal jurisdiction in this forum on the claims asserted by plaintiffs.

However, it is apparent that, personal jurisdiction aside, the interests of justice would be served by transferring these

cases to the Southern District of Ohio, Western Division, where they could originally have been brought under the allegations of plaintiffs' complaints, as many of the relevant witnesses and documents are in that forum.

Thus, under several theories, transfer would be appropriate. *See Jackson v. L&F Martin Landscape*, 421 F. App'x 482, 483-84 (6th Cir. 2009) (discussing relationship among transfer provisions of 28 U.S.C. §§ 1404(a), 1406, and 1631).

Therefore, having reviewed this matter, and the Court being sufficiently advised,

**IT IS ORDERED** that: (1) the above motions (Doc. 5 in 13-216, Doc. 9 in 13-205) be, and are hereby, **DENIED AS MOOT**; and (2) these cases be, and are hereby, **TRANSFERRED TO THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF OHIO, WESTERN DIVISION**.

This 10th day of April, 2014.



Signed By:
*William O. Bertelsman*  WOB
United States District Judge